UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE WILLIAM Q. HAYES)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>VICTOR MANUEL ACOSTA-ORTIZ,<br><br>Defendant. | CASE NO.:  21-CR-2005-WQH<br><br>Order to Continue<br>Motion Hearing/Trial Setting |

GOOD CAUSE APPEARING, it is hereby ordered that Mr. Acosta-Ortiz's Motion Hearing/Trial Setting hearing be continued to May 12, 2022 at 9 a.m.   It is further ordered that time be excluded under the Speedy Trial Act due to pending motions. See, 18 U.S.C. § 3161(h)(1)(D).

**SO ORDERED.**

Dated:  April 18, 2022

Hon. William Q. Hayes
United States District Court